# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

Case No. 5D2023-2530
LT Case No. 2022-310338-MMDB

————————————————————

GRANT HUNTER LAMIE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

————————————————————

On appeal from the County Court for Volusia County.
Judith D. Campbell, Judge.

Matthew J. Metz, Public Defender, and Zachary Wiseman, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

September 13, 2024

PER CURIAM.

   We affirm Appellant's judgment and sentence, but remand for a corrected judgment striking the $50 cost of investigation because it was not requested by the State or orally pronounced. *See Richards v. State*, 288 So. 3d 574, 576 (Fla. 2020).

AFFIRMED and REMANDED with instructions.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____